1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11   NORTH VISTA HOSPITAL, INC., a          Case No.: 20-cv-02305-VAP(JEMx)
     Delaware corporation *dba* North Vista
12   Hospital; PRIME HEALTHCARE            ~~[PROPOSED]~~ **[PROPOSED] ORDER GRANTING**
     SERVICES – RENO, LLC, a Delaware      **STIPULATED PROTECTIVE**
13   limited liability company *dba* Saint  **ORDER GOVERNING THE**
     Mary's Regional Medical Center; PRIME  **PRODUCTION AND EXCHANGE**
14   HEALTHCARE SERVICES –                  **OF CONFIDENTIAL**
     CENTINELA, LLC, a Delaware limited     **INFORMATION**
15   liability company *dba* Centinela Hospital
     Medical Center; PRIME HEALTHCARE
16   SERVICES – ENCINO, LLC, a Delaware
     limited liability company *dba* Encino
17   Hospital Medical Center; ALVARADO
     HOSPITAL, LLC, a Delaware limited
18   liability company *dba* Alvarado Hospital
     Medical Center,
19
                 Plaintiffs,
20
            vs.
21
     HUMANA INSURANCE COMPANY, a
22   Wisconsin corporation,

23              Defendant.

24

25

26

27

28

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, the Court finds good cause to enter this Stipulated Protective Order Governing the Production and Exchange of Confidential Information ("Protective Order"). IT IS SO ORDERED.

John E. McDermott

The Honorable John E. McDermott
United States Magistrate Judge

5/14/21
Date

2

[PROPOSED] ORDER GRANTING STIPULATED
PROTECTIVE ORDER GOVERNING THE
PRODUCTION AND EXCHANGE OF CONFIDENTIAL
INFORMATION

BUCHALTER
A PROFESSIONAL CORPORATION
IRVINE