# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTH VISTA HOSPITAL, INC., a Delaware corporation *dba* North Vista Hospital; PRIME HEALTHCARE SERVICES – RENO, LLC, a Delaware limited liability company *dba* Saint Mary's Regional Medical Center; PRIME HEALTHCARE SERVICES – CENTINELA, LLC, a Delaware limited liability company *dba* Centinela Hospital Medical Center; PRIME HEALTHCARE SERVICES – ENCINO, LLC, a Delaware limited liability company *dba* Encino Hospital Medical Center; ALVARADO HOSPITAL, LLC, a Delaware limited liability company *dba* Alvarado Hospital Medical Center | Case No. 2:20-cv-02305-VAP(JEMx)<br><br>Hon. Virginia A. Phillips<br><br><br>**ORDER DISMISSING THE ENTIRE ACTION WITH PREJUDICE** |
| Plaintiffs, | |
| vs. | |
| HUMANA INSURANCE COMPANY, a Wisconsin corporation | |
| Defendant. | |

BUCHALTER
A Professional Corporation
Los Angeles

**ORDER DISMISSING THE ENTIRE ACTION WITH PREJUDICE**

1       The Court, after reviewing the parties' **JOINT STIPULATED REQUEST**

2   **FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** and finding

3   GOOD CAUSE, hereby dismisses the entire action with prejudice.

4       **IT IS SO ORDERED.**

5   Dated:  June 30, 2021

6

7   HON. VIRGINIA A. PHILLIPS
    United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER DISMISSING THE ENTIRE ACTION WITH PREJUDICE**